UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01508-JLS-DFM                                  Date: November 30, 2023
Title:  Naresh Narayan v. Urban Commons 6th Ave Seattle, LLC, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Gabby Garcia | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE REGARDING STAY OF ACTION**

　　This action has settled as between Plaintiff Naresh Narayan and the only appearing Defendant, C. Brian Egnatz.  (*See* Order Dismissing Claims Against Egnatz Pursuant to Notice of Settlement, Doc. 73.)  However, there are defaulting defendants in this action, and the action remains stayed as to Defendant Howard Wu, pending the resolution of his Chapter 7 Bankruptcy Petition.  (*See* Order Re: Automatic Stay as to Wu, Doc. 34.)  The one judgment rule counsels against entering a final judgment against some but not all defendants.  *See* Fed. R. Civ. P. 54(b); *Frow v. De La Vega*, 82 U.S. 552, 552 (1872) ("[A] final decree on the merits against the defaulting defendant[s] alone, pending the continuance of the cause, would be incongruous and illegal.")  As a result, Narayan is ORDERED TO SHOW CAUSE why this action should not be stayed in its entirety, given that no judgment can be entered against Defendant Wu until the resolution of bankruptcy proceedings and entry of default judgment against the remaining defendants would be in contravention of the one judgment rule.  Narayan shall respond in writing, no later than seven (7) days from the issuance of this Order.  His response shall not exceed five pages.

　　In addition to a written response, Narayan may file a notice of dismissal as to any Defendants he wishes to dismiss from the action.  If Narayan wishes to dismiss the action in its entirety, thatnotice of dismissal may serve as an alternative to a written response.

                                                                                    Initials of Deputy Clerk: gga